428

(No. 1574—)

JOHN J. BRENHOLT, JR., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

SCANLAN AND MASSIEON, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim based upon the same principle as involved in the opinion of this court in the case of *John B. French* v. *The State of Illinois,* and it appearing no objection being made by the defendant, the court recommends that the claimant be allowed the sum of $208.34.

(No. 1578—)

STANDARD OIL COMPANY, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

F. E. PACKARD, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This claim is for 14 cases, containing 742 gallons of N.R.S. cut-back asphalt sold and delivered to the Division of Highways by claimant on June 7, 1929, at 14.4 cents per gallon. It is conceded by the officials of the Division of Highways that the asphalt was received and used by the State, and has not been paid for.

Claimant is therefore allowed an award of $106.85.